JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC. | Case No.: CV 16-7643 DSF (KSx) |
| Plaintiff, | |
| v. | JUDGMENT |
| NATIONAL STORES, INC., et al. | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 4/28/17

Dale S. Fischer
United States District Judge